## JOYCE v. DICKEY.

From the Jefferson Circuit Court.

*E. R. Wilson*, for appellant.
*C. A. Korbly*, for appellee.

HOWK, C. J.—The appellee having confessed the first and second errors assigned by the appellant in this court,—

Judgment reversed, at appellee's costs, and the cause is remanded, with instructions to sustain the appellant's demurrer to appellee's complaint, and for further proceedings.

## GAFF v. FITCH ET AL.

From the Dearborn Circuit Court.

*J. D. Haynes* and *J. K. Thompson*, for appellant.
*J. Schwartz*, for appellees.

PERKINS, J.—The question for decision in this case is the same as that presented and decided in the cases of *Wood* v. *Harrison*, 50 Ind. 480, *Burkam* v. *Fitch*, 51 Ind. 375, and *Gilbert* v. *The Southern Indiana Coal and Iron Co.*, 62 Ind. 522, at this term.

For the reasons there given this case is affirmed.

Judgment affirmed, with costs.

## OHM v. YUNG.

From the Vigo Circuit Court.

*W. E. Hendrich* and *J. G. Williams*, for appellant.
*T. W. Harper, J. M. Allen, W. Mack* and *S. B. Davis*, for appellee.

HOWK, C. J.—The questions for decision in this case are substantially the same, though presented differently, as those which were considered and decided by this court, in the case of *Ohm* v. *Yung*, 63 Ind. 432, at the present term. For the reasons given in the case cited, this cause must be decided as that was decided.

The judgment is affirmed, at the appellant's costs.

## SWIGART v. THE STATE.

From the Henry Circuit Court.

*D. W. Chambers* and *F. W. Fitzhugh*, for appellant.
*T. W. Woollen*, Attorney General, and *J. M. Brown*, Prosecuting Attorney, for the State.

PERKINS, J.—This was an indictment against Swigart, charging the selling of a glass of beer to a minor.

The case falls directly within that of *Robinius* v. *The State*, 63 Ind. 235, at this term, on the authority of which the judgment in this case is reversed.

Reversed, with costs ; cause remanded, etc.